David Mara, Esq. (SBN 230498)
Jill Vecchi, Esq. (SBN 299333)
**MARA LAW FIRM, PC**
2650 Camino Del Rio North, Suite 205
San Diego, California 92108
Telephone: (619) 234-2833
Facsimile: (619) 234-4048

Attorneys for Plaintiff CHRISTIAN BRINK
on behalf of himself, all others similarly situated, and on
behalf of the general public.

David J. Cooper, Esq. (SBN 47615)
Vanessa Franco Chavez, Esq. (SBN 266724)
Mayra Estrada, Esq. (SBN 317178)
**KLEIN DENATALE GOLDNER COOPER ROSENLIEB KIMBALL LLP**
4550 California Avenue, 2nd Floor
Bakersfield, California 93309
Telephone: 661.395.1000
Facsimile: 661.326.0418

Attorneys for Defendant CENTRAL VALLEY AUTO TRANSPORT, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHRISTIAN BRINK and DAVID MAIER on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL VALLEY AUTO TRANSPORT, INC.; and DOES 1-100;<br><br>Defendants. | Case No.: 19-cv-01213-AWI-SKO<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**<br><br>(Doc. 6)<br><br>Date: December 12, 2019<br>Time: 9:30 a.m.<br>Dept.: 7<br>Judge: Hon. Sheila K. Oberto<br><br>Complaint Filed: June 6, 2018<br>FAC Filed: December 13, 2018<br>Trial Date: None Set |

**ORDER**

Having considered the Joint Stipulation to Continue Initial Scheduling Conference submitted by the Parties (Doc. 6), and for good cause appearing,

IT IS HEREBY ORDERED that the Initial Scheduling Conference is CONTINUED until March 12, 2020, at 9:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties SHALL file their joint scheduling report by no later than March 5, 2020.

IT IS SO ORDERED.

Dated: **December 2, 2019**        /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE