David Mara, Esq. (SBN 230498)
Jill Vecchi, Esq. (SBN 299333)
**MARA LAW FIRM, PC**
2650 Camino Del Rio North, Suite 205
San Diego, California 92108
Telephone: (619) 234-2833
Facsimile: (619) 234-4048

Attorneys for Plaintiff CHRISTIAN BRINK
on behalf of himself, all others similarly situated,
and on behalf of the general public

David J. Cooper, Esq. (SBN 47615)
Vanessa Franco Chavez, Esq. (SBN 266724)
Mayra Estrada, Esq. (SBN 317178)
**KLEIN DENATALE GOLDNER COOPER ROSENLIEB KIMBALL LLP**
4550 California Avenue, 2nd Floor
Bakersfield, California 93309
Telephone: 661.395.1000
Facsimile: 661.326.0418

Attorneys for Defendant CENTRAL VALLEY AUTO TRANSPORT, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| CHRISTIAN BRINK and DAVID MAIER, on behalf of themselves, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL VALLEY AUTO TRANSPORT; and DOES 1-100,<br><br>Defendants. | Case No. 1:19-cv-01213-AWI-SKO<br><br>**STIPULATION REQUESTING LEAVE TO FILE SECOND AMENDED COMPLAINT; ORDER**<br><br>**(Doc. 8)**<br><br>Action Filed: June 6, 2018<br>Trial Date: None Set |

**TO THE HONORABLE COURT**:

Plaintiffs Christian Brink and David Maier ("Plaintiffs") and Defendant Central Valley Auto Transport, Inc. ("Defendant") by and through their respective counsel of record, hereby enter into the stipulation below with reference to the following facts:

**WHEREAS**, on June 6, 2018, Plaintiff Brink filed a Class Action Complaint in the Superior Court of the State of California, County of Tulare (Case No. VCU274266);

**WHEREAS**, on August 14, 2018, Defendant filed an Answer to Plaintiff's Class Action Complaint;

**WHEREAS**, on December 13, 2018, Plaintiff Brink filed a First Amended Complaint, adding Plaintiff Maier and a cause of action for violations of the Private Attorneys General Act of 2004;

**WHEREAS**, while in the Superior Court of the State of California, County of Tulare the Parties met and conferred regarding a stipulation to file a Second Amended Complaint, which would add claims for reimbursements and misclassification, dismiss the claims for overtime and recovery periods, and add a class and subclasses consistent with the additional claims;

**WHEREAS**, the Parties filed a stipulation to file a Second Amended Complaint on August 22, 2019;

**WHEREAS**, based upon the proposed Second Amended Complaint attached to the stipulation, Defendant removed the action to this Court, on August 30, 2019, under the Class Action Fairness Act of 2005, alleging, among other things, that the majority of the newly alleged Misclassification Class are residents of states other than California;

**WHEREAS**, the Superior Court of the State of California, County of Tulare did not rule on the Parties' stipulation prior to Defendant removing the case and, therefore, the Second Amended Complaint was never filed;

**WHEREAS**, the number of putative Misclassification Class members who are residents of states other than California directly impacts the jurisdiction of this Court;

**WHEREAS**, Plaintiffs believe obtaining the contact information for the putative

Misclassification Class members will aid them in evaluating this Court's jurisdiction;

**WHEREAS**, Defendant has agreed to provide Plaintiffs with the contact information for the putative class members after engaging in a *Belaire West* notice process;

**WHEREAS**, the *Belaire West* notice will need to be sent to individuals who fall under the class definition in the Second Amended Complaint, as that class definition was used in Defendant's notice of removal;

**WHEREAS**, the Parties believe that the Second Amended Complaint should be filed before the *Belaire West* notices are mailed;

**WHEREAS**, through this stipulation and/or the filing of the Second Amended Complaint, Plaintiffs do not concede this Court's jurisdiction and reserve their right to challenge jurisdiction;

**WHEREAS,** Defendant's signing of this stipulation shall not constitute an admission of any of the allegations set forth in the Second Amended Complaint;

**WHEREAS,** Defendant reserves its right to raise any and all affirmative defenses (substantive or procedural) and this stipulation shall not be deemed a waiver of any affirmative defenses or of any other legal or factual position in connection the alleged claims in this suit or in connection with Plaintiff's filing of the Second Amended Complaint, including but not limited to Defendant's right to challenge the Second Amended Complaint by filing a motion to dismiss, motion to strike, motion for judgment on the pleadings, motion for summary judgment or adjudication;

**NOW, THEREFORE**, the Parties hereby stipulate to and respectfully request the Court grant Plaintiffs leave to file their Second Amended Complaint. A copy of the Second Amended Complaint is attached hereto as **Exhibit A**. A redline edit of the Second Amended Complaint is attached hereto as **Exhibit B**.

**IT IS FURTHER STIPULATED** that Defendant shall have thirty (30) days following the filing and service of the Second Amended Complaint to file its responsive pleading.

**IT IS SO STIPULATED.**

/ / /

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 28, 2020 | **MARA LAW FIRM, PC** |
| 3 | | |
| 4 | |  /s/ *Jill Vecchi*<br>David Mara, Esq. |
| 5 | | Jill Vecchi, Esq.<br>Attorneys for Plaintiff CHRISTIAN BRINK |
| 6 | | on behalf of himself, all others similarly situated,<br>and on behalf of the general public |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Dated: January 28, 2020 | **KLEIN DENATALE GOLDNER COOPER** |
| 12 | | **ROSENLIEB KIMBALL LLP** |
| 13 | | |
| 14 | |  /s/ *Vanessa Franco Chavez* |
| 15 | | Vanessa Franco Chavez, Esq.<br>Attorneys for Defendant CENTRAL VALLEY |
| 16 | | AUTO TRANSPORT, INC. |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

    /s/ *Jill Vecchi*
    Jill Vecchi, Esq.

**ORDER**

Based on the parties' above-stipulation (Doc. 8), **IT IS HEREBY ORDERED** that Plaintiffs are granted leave to file their Second Amended Complaint through ECF within ten (10) business days of this Order. Service on Defendant of the Second Amended Complaint shall be deemed effective when the Second Amended Complaint is filed and served through ECF. Defendant shall have thirty (30) days following the filing and service of the Second Amended Complaint to file its responsive pleading.

IT IS SO ORDERED.

Dated: **January 29, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE